IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

VICTOR CACERES
85-12 80th Street
Woodhaven, NY 11412

MELISSA CACERES
85-12 80th Street
Woodhaven, NY 11412

and

ABEL LAZO
85-12 80th Street
Woodhaven, NY 11412

    Plaintiffs,

v.

WASHINGTON METROPOLITAN AREA
TRANSIT AUTHORITY
SERVE:
    Carol O'Keeffe, Esquire
    600 5th Street, N.W.
    Washington, D.C. 20001

    Defendant.

Case No. 13-0006588



## COMPLAINT

COME NOW the Plaintiffs Victor Caceres, Melissa Caceres, and Abel Lazo by and through their attorneys, Joseph Cammarata, Esquire, and the law firm of Chaikin, Sherman, Cammarata & Siegel, P.C., and respectfully state as follows:

## COUNT I
(Negligence - Personal Injury - Victor Caceres)

1. This Court has jurisdiction over the within cause of action in that the incident complained of herein occurred in the District of Columbia.

2. On or about June 30, 2012, at approximately 8:56 p.m., Plaintiff Victor Caceres was operating a motor vehicle, with Plaintiffs Melissa Caceres and Abel Lazo as passengers, proceeding northbound on 7th Street, S.W., at or near its intersection with Jefferson Drive, S.W., in the District of Columbia.

3. At said time and place, Bryan Rogers was operating a motor vehicle owned by Defendant Washington Metropolitan Area Transit Authority (hereinafter "WMATA"), with the express permission and consent of Defendant WMATA, and/or as the agent, servant and/or employee of Defendant WMATA, acting within the course and scope of his employment. Bryan Rogers was proceeding directly behind Plaintiff Victor Caceres' vehicle, northbound on 7th Street, S.W., at or near its intersection with Jefferson Drive, S.W., in the District of Columbia.

4. At said time and place, Bryan Rogers negligently operated his vehicle causing it to strike the rear of Plaintiff Victor Caceres' vehicle, which was lawfully and properly stopped on said roadway.

5. At all relevant times mentioned herein Defendant WMATA, acting by and through its driver, Bryan Rogers, owed a continuing duty to operate its vehicle in a reasonable and prudent manner with due regard to other persons then and there lawfully upon said roadway, such as the Plaintiffs Victor Caceres, Melissa Caceres, and Abel Lazo.

6. Defendant WMATA, acting by and through its driver, Bryan Rogers, breached the duties owed to the Plaintiffs, Victor Caceres, Melissa Caceres, and Abel Lazo. The collision referred to herein was caused by the negligence the of the Defendant who, <u>inter alia</u>, failed to maintain a proper distance between its vehicle and the Plaintiffs' vehicle, failed to pay full time and attention, failed to maintain a proper lookout, failed to operate its vehicle at a safe and reasonable speed, failed to maintain control of its vehicle, failed to operate its vehicle so as to avoid a collision, and failed to obey the rules and regulations of the District of Columbia, then and there in full force and effect. At all times mentioned herein, Plaintiffs were free of negligence and/or contributory negligence.

7. As a direct and proximate result of the Defendant's aforesaid negligence, Plaintiff Victor Caceres suffered injuries and damages, including, but not limited to: herniated discs at C4-5 and C5-6, disc bulges at C6-7, L4-5, and L5-S1,

left C5-C6 and L4-5 radiculopathy, cervical and lumbar spine derangement, left shoulder sprain/strain, left elbow contusion, and left knee ligament strain/internal derangement; he has incurred, and will continue to incur, medical and hospital expenses in an effort to care for his injuries; he has incurred property damage to his vehicle and rental car expenses; he has suffered and will in the future suffer, a loss of earnings and/or earning capacity; and he has suffered, and will in the future suffer, great pain of body and mind; all of which may be permanent in nature.

WHEREFORE, Plaintiff Victor Caceres demands judgment of and against Defendant Washington Metropolitan Area Transit Authority in the full amount of Three Hundred Fifty Thousand Dollars ($350,000.00), plus pre-judgment interest and costs.

## COUNT II
(Negligence - Personal Injury - Melissa Caceres)

Plaintiffs replead and incorporate by reference herein each and every allegation set forth above and further state as follows:

8.   As a direct and proximate result of the Defendant's aforesaid negligence, Plaintiff Melissa Caceres suffered injuries and damages, including but not limited to: a herniated disc at C4-5, cervical spine derangement, thoracic and lumbar strain, left C6-7 radiculopathy, bilateral shoulder

4

sprain/strain, and post-traumatic headaches; she has incurred, and will continue to incur, medical and hospital expenses in an effort to care for her injuries; she has suffered and will in the future suffer, a loss of earnings and/or earning capacity; and she has suffered, and will in the future suffer, great pain of body and mind; all of which may be permanent in nature.

WHEREFORE, Plaintiff Melissa Caceres demands judgment of and against Defendant Washington Metropolitan Area Transit Authority in the full amount of Three Hundred Fifty Thousand Dollars ($350,000.00), plus pre-judgment interest and costs.

**COUNT III**

(Negligence - Personal Injury - Abel Lazo)

Plaintiffs replead and incorporate by reference herein each and every allegation set forth above and further state as follows:

9. As a direct and proximate result of the Defendant's aforesaid negligence, Plaintiff Abel Lazo suffered injuries and damages, including but not limited to: post-traumatic lumbar derangement and myofascial pain syndrome; he has incurred, and will continue to incur, medical and hospital expenses in an effort to care for his injuries; he has suffered and will in the future suffer, a loss of earnings and/or earning capacity; and he has suffered, and will in the future suffer, great pain of body and mind; all of which may be permanent in nature.

WHEREFORE, Plaintiff Abel Lazo demands judgment of and against Defendant Washington Metropolitan Area Transit Authority in the full amount of One Hundred Fifty Thousand Dollars ($150,000.00), plus pre-judgment interest and costs.

Respectfully submitted,

CHAIKIN, SHERMAN, CAMMARATA
& SIEGEL, P.C.

_____
Joseph Cammarata
D.C. Bar No. 389254
1232 Seventeenth Street, N.W.
Washington, D.C. 20036
Tel: (202) 659-8600
Fax: (202) 659-8680
joe@dc-law.net
*Attorneys for Plaintiffs*

JURY DEMAND

Plaintiffs hereby request a trial by jury as to all issues triable herein.

_____
Joseph Cammarata